UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO GREENOUGH,<br><br>                Petitioner,<br><br>      v.<br><br>KRISTI NOEM, et al.,<br><br>              Respondents. | Case No. 5:26-cv-01185-JGB-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDERING RELEASE**<br><br>**A # 019-072-571** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the first count of the Amended Petition under *Zadvydas v. Davis*, 533 U.S. 678 (2001) and 8 U.S.C. § 1231(a) is granted, and the remaining counts are dismissed without prejudice. The Court orders the following:

    (1) Respondents shall release Petitioner Reynaldo Greenough (A # 019-072-571) forthwith from detention on conditions of release pursuant

to 8 C.F.R. § 241.5;

(2) Respondents shall refrain from re-detaining Petitioner without timely following the procedures in 8 C.F.R. §§ 241.4 and 241.13; and

(3) Respondents shall refrain from re-detaining Petitioner solely for the purpose of effectuating his removal, until they obtain valid travel documents necessary for Petitioner's removal.

DATED: July 7, 2026

HON. JESUS G. BERNAL
UNITED STATED DISTRICT JUDGE

2