JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

REYNALDO GREENOUGH,

          Petitioner,

    v.

KRISTI NOEM, et al.,

          Respondents.

Case No. 5:26-cv-01185-JGB-PD

**JUDGMENT**

**A # 019-072-571**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release, IT IS ADJUDGED that the Petition is granted in part. Count one is granted and the remaining claims are dismissed without prejudice.

DATED: July 7, 2026

_____
HON. JESUS G. BERNAL
UNITED STATED DISTRICT JUDGE